UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

HARRY JARED HERMES                              CIVIL ACTION NO. 5:23-cv-01441

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

GREENWOOD POLICE DEPARTMENT
JERRY STEELE, GEORGE SHAUL                      MAG. JUDGE KAYLA D MCCLUSKY
and CHRIS FARIS

**ORDER**

CONSIDERING the foregoing "Defendants' Motion to Withdraw and Enroll Counsel,"

IT IS HEREBY ORDERED that JOSEPH B. ODOM, of the law firm of COOK, YANCEY, KING & GALLOWAY, APLC, be withdrawn as counsel for defendants, GREENWOOD POLICE DEPARTMENT, JERRY STEELE, GEORGE SHAUL, and CHRIS FARIS.

IT IS FURTHER ORDERED that Robert Kennedy, Jr. and James Ashby Davis of Cook, Yancey, King & Galloway, APLC, be enrolled as additional counsel of record for defendants, GREENWOOD POLICE DEPARTMENT, JERRY STEELE, GEORGE SHAUL, and CHRIS FARIS.

THUS DONE AND SIGNED in Monroe, Louisiana, this 5th day of August, 2024.

_____
MAGISTRATE JUDGE